UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ANTONIO CRAWFORD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>T. J. WATSON, )<br>FEDERAL BUREAU OF PRISONS DIRECTOR, )<br>MACKELLAR, )<br>MARSHALL, )<br>EDWARDS, )<br>)<br>Defendants. ) | No. 2:20-cv-00538-JPH-DLP |

**Order on Motion to Proceed *In Forma Pauperis***

The plaintiff's motion to proceed *in forma pauperis*, dkt. [2], is **granted** to the extent that the plaintiff is assessed an initial partial filing fee of Twenty Dollars and Fourteen Cents ($20.14). *See* 28 U.S.C. § 1915(b)(1). The plaintiff shall have **through November 25, 2020,** in which to pay this sum to the clerk of the district court.

The plaintiff is informed that after the initial partial filing fee is paid, she will be obligated to make monthly payments of 20 percent of the preceding month's income each month that the amount in her account exceeds $10.00, until the full filing fee of $350.00 is paid. 28 U.S.C. § 1915(b)(2). After the initial partial filing fee is received, a collection order will be issued to the plaintiff and the plaintiff's custodian.

In making this ruling the Court acknowledges that the plaintiff has previously "struck-out" under 28 U.S.C. § 1915(g). Under the Prison Litigation Reform Act, prisoners who have accrued three "strikes" from filing actions or appeals dismissed as frivolous are barred from bringing another action in federal court without prepayment of fees unless the prisoner is under imminent

1

danger of serious physical injury. *See* 28 U.S.C. § 1915(g). The plaintiff has alleged sufficient facts to proceed on the basis that she is under imminent danger of serious physical injury. Specifically, her claim that extended solitary confinement exacerbates her propensity for self-harm satisfies this standard. *Wallace v. Baldwin*, 895 F.3d 481, 483 (7th Cir. 2018). As does her claim that she faces a looming threat of violence at the United States Penitentiary in Terre Haute, Indiana. *Jones v. Jeffreys*, 798 F. App'x 29, 31 (7th Cir. 2020).

**SO ORDERED.**

Date: 10/30/2020

                                              James Patrick Hanlon
                                              United States District Judge
                                              Southern District of Indiana

Distribution:

ANTONIO CRAWFORD
43793-424
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Gavin Minor Rose
ACLU OF INDIANA
grose@aclu-in.org

Financial Deputy Clerk