UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ANTONIO CRAWFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00538-JPH-DLP |
| | ) | |
| MACKELLAR, | ) | |
| | ) | |
| Defendant. | ) | |

**Order Directing Further Proceedings**

This matter is set for a hearing pursuant to *Pavey v. Conley*, 528 F.3d 494 (7th Cir. 2008) on June 2, 2022 at 11:00 a.m. eastern time. Defendant **shall** create binders of the parties' respective exhibits and bring at least four copies of the binder to the *Pavey* hearing for the witness stand, the court reporter, the Judge, and court staff. Counsel **shall** work with Plaintiff's custodian to arrange for delivery to Plaintiff of a copy of the properly labeled binder materials by no later than **Friday, May 27, 2022**.

**SO ORDERED**.

Date: 5/19/2022

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

ANTONIO CRAWFORD
43793-424
TUCSON - USP
TUCSON U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 24550
TUCSON, AZ 85734

All Electronically Registered Counsel